**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

TYRONE MICHAEL BRINKLEY,  :  Civil No. 3:22-cv-256
                             :
         Plaintiff  :  (Judge Mariani)
                             :
   v.  :
                             :
CATRICIA HOWARD, *et al.*,  :
                             :
         Defendants  :

## ORDER

**AND NOW,** this ⸻ day of April, 2022, upon consideration of Plaintiff's motion

(Doc. 4) for appointment of counsel, and in accordance with the Memorandum issued this

date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) is **DENIED** without prejudice.


_____
Robert D. Mariani
United States District Judge