IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE MICHAEL BRINKLEY, | : | Civil No. 3:22-cv-256 |
| Plaintiff | : | |
| v. | : | (Judge Mariani) |
| CATRICIA HOWARD, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this \_\_1ST\_\_ day of May, 2023, upon consideration of Defendants' motion (Doc. 44) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 44) is **GRANTED**. The complaint (Doc. 1) and amendment (Doc. 36) are **DISMISSED**.

2. The action against the John Doe Defendants is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge